

# *Ninth Court of Appeals*

BE IT REMEMBERED:

THAT at the term of the Honorable Ninth Court of Appeals of the State of Texas, begun and holden at Beaumont on the 1st day of January, A.D. 2015, present, Chief Justice STEVE MCKEITHEN and Justices CHARLES KREGER, HOLLIS HORTON and LEANNE JOHNSON.

"Pursuant to and in compliance with an Order of the Supreme Court of Texas, dated September 22, 2015, it is ordered that these causes be transferred to the Thirteenth Court of Appeals, at Corpus Christi, Texas, and that the Clerk of this Court certify all orders made in this Court, and transmit all records and papers in said cause to the Clerk of the Thirteenth Court of Appeals.

| | |
|---|---|
| 09-15-356-CV | Sandeep Patel v. Harbor Hospice of Beaumont, LP et al |
| 09-15-357-CR | Ronnie Weeden v. State of Texas |
| 09-15-366-CV | Haywood WI Units,Ltd v. B&S Dunagan Investments, Ltd et al |
| 09-15-367-CV | Brenda Liecht v. Property Owners Purchasing Group |
| 09-15-368-CV | James Allen Pelloat v. Katherine Pelloat McKay |
| 09-15-369-CR | Rockline Kennedy v. State of Texas |
| 09-15-371-CV | In the Interest of K.B. |
| 09-15-372-CV | Reginald Trainer et al v. City of Port Arthur |
| 09-15-374-CR | Keith Hickman v. State of Texas |
| 09-15-376-CR | Christine Johnson v. State of Texas |
| 09-15-377-CR | Christine Johnson v. State of Texas |
| 09-15-379-CR | Orville Clay Russell v. State of Texas |
| 09-15-381-CV | Clarence W. Lewis v. City of Conroe |
| 09-15-382-CV | Sally Valadez v. Kelsey-Seybold Medical Group, PLLC et al |
| 09-15-383-CR | Amanda Birdsong v. State of Texas |
| 09-15-391-CV | James E. Redd v. Sarah K. Redd |
| 09-15-392-CR | Darrius Hemmingway vs State of Texas |
| 09-15-393-CV | John C. Dempsey et al v. U.S. Money Reserve, Inc. |
| 09-15-394-CR | Sammy Valdez v. State of Texas |
| 09-15-395-CR | Sammy Valdez v. State of Texas |
| 09-15-396-CR | Pedro Alvarez v. State of Texas |

I, Carol Anne Harley, Clerk of the Court of Appeals for the Ninth District of Texas, at the City of Beaumont, herein certify that the foregoing is a true copy of this Court's order entered from this Court to the Court of Appeals for the Thirteenth District of Texas at Corpus Christi as appears of record in Minute Book Volume 20."

IN WITNESS WHEREOF, I hereunto set my hand and affix the seal of this Court at Beaumont this 1st of October 2015.

_____
Carol Anne Harley
Clerk of the Court